1424

■  In the Matter of PEDRO VEGA, Petitioner, v DONALD SELSKY, Director, Special Housing/Inmate Disciplinary Programs, New York State Department of Correctional Services, Respondent. [869 NYS2d 847]

Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.